PTH:RAS
F. #2020R00693

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

EMMANUEL VASQUEZ-HARO,

            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

Filed: August 27, 2020
Case 1:20-cr-00334
Judge Rachel P. Kovner
Magistrate Judge Sanket J. Bulsara

I N D I C T M E N T

Cr. No. Case 1:20-cr-00334
(T. 21, U.S.C., §§ 841(a)(1),
841(b)(1)(A)(i), 841(b)(1)(A)(vi),
853(a) and 853(p); T. 18, U.S.C.,
§§ 3551 et seq.)

THE GRAND JURY CHARGES:

<u>POSSESSION OF HEROIN AND FENTANYL WITH INTENT TO DISTRIBUTE</u>

    1.    On or about August 4, 2020, within the Eastern District of New York and elsewhere, the defendant EMMANUEL VASQUEZ-HARO did knowingly and intentionally possess with intent to distribute a controlled substance, which offense involved (a) one kilogram or more of a substance containing heroin, a Schedule I controlled substance, and (b) 400 grams or more of a substance containing N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("Fentanyl"), a Schedule II controlled substance.

    (Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(i) and 841(b)(1)(A)(vi); Title 18, United States Code, Sections 3551 et seq.)

<u>CRIMINAL FORFEITURE ALLEGATION</u>

    2.    The United States hereby gives notice to the defendant that, upon his conviction of the offense charged herein, the government will seek forfeiture in accordance with Title 21, United States Code, Section 853(a), which requires any person convicted of

such offense to forfeit: (a) any property constituting, or derived from, any proceeds obtained directly or indirectly as the result of such offense; and (b) any property used, or intended to be used, in any manner or part to commit, or to facilitate the commission of, such offense.

        3.      If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

(Title 21, United States Code, Sections 853(a) and 853(p))

A TRUE BILL

_____
FOREPERSON

SETH D. DuCHARME
ACTING UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

By: _____
Assistant U.S. Attorney

F.#: 2020R00693
FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

EMMANUEL VASQUEZ-HARO,

Defendant.

# INDICTMENT

(T. 21, U.S.C., §§ 841(a)(1), 841(b)(1)(A)(i), 841(b)(1)(A)(vi), 853(a) and 853(p); T. 18, U.S.C., §§ 3551 *et* seq.)

*A true bill.*

_____
Foreperson

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
Clerk

*Bail, $* _____

_____

*Rachel A. Shanies, Assistant U.S. Attorney (718) 254-6140*