

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

RAS
F. #2020R00693

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 19, 2021

<u>By ECF and E-mail</u>

The Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: <u>United States v. Emmanuel Vasquez-Haro</u>
     <u>Criminal Docket No. 20-334 (RPK)</u>

Dear Judge Kovner:

  The parties understand that the change of plea hearing in the above-captioned case currently scheduled for June 14, 2021 at 10:30 a.m. will be adjourned to June 21, 2021 at 12:00 p.m. The government moves with the defendant's consent to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, until the new hearing date to allow the parties to finalize plea negotiations and the plea agreement. The government respectfully submits that such exclusion of time is in the interests of justice and the public.

          Respectfully submitted,

          MARK J. LESKO
          Acting United States Attorney

    By:     /s/
          Rachel A. Shanies
          Assistant U.S. Attorneys
          (718) 254-6140

cc: Ashley M. Burrell, Esq. (counsel to defendant) (by ECF and Email)