# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David Patton
*Executive Director and*
*Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

June 18, 2021

**<u>Via ECF and Email</u>**
The Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *United States v. Emmanuel Vasquez- Haro*, 20-CR-334

Dear Judge Kovner,

Defense counsel writes in advance of the upcoming court date in the above-captioned case. Currently, this matter is scheduled for a change of plea hearing on June 21, 2021. Counsel was scheduled to have a legal call with Mr. Vasquez –Haro on June 18th and an in-person meeting at the MDC on June 19th. Yesterday, defense counsel learned that Mr. Vasquez-Haro is in a quarantine unit at the MDC and therefore cannot have visits. Additionally, all previously scheduled legal calls were cancelled after it was announced that Juneteenth is now a Federal Holiday.

Mr. Vasquez-Haro has a copy of the plea agreement, however, additional follow-up may be necessary before conducting a change-of plea hearing. Defense counsel expects that we will be able to have a brief legal call with Mr. Vasquez-Haro prior to the court appearance and can update the Court on anticipated next steps prior to our appearance. Counsel conveyed the recent updates with the government yesterday afternoon.

Thank you for your time and consideration.

Respectfully Submitted,

1

*/s/ Ashley Burrell*
Ashley M. Burrell
Assistant Federal Defender

cc:    AUSA Rachel Shanies